Paransky v Galkina (2025 NY Slip Op 04798)

Paransky v Galkina

2025 NY Slip Op 04798

Decided on August 27, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
CARL J. LANDICINO
DONNA-MARIE E. GOLIA, JJ.

2023-08653
 (Index No. 523679/19)

[*1]Zina Paransky, plaintiff-respondent, 
v
Olga Galkina, etc., defendant-respondent, Cerumidy Realty, Inc., appellant.

Kaufman Dolowich Voluck, LLP, White Plains, NY (Jack Babchik, Matthew C. Mann, and Belino Voshtina of counsel), for appellant.
Law Office of Yuriy Prakhin, P.C. (Gil Zohar and Simon Q. Ramone, White Plains, NY, of counsel), for plaintiff-respondent.
Abrams, Gorelick, Friedman & Jacobson, LLP (Atasia R. Richardson of counsel), for defendant-respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the defendant Cerumidy Realty, Inc., appeals from stated portions of an order of the Supreme Court, Kings County (Peter Sweeney, J.), dated August 2, 2023. The order, inter alia, denied that branch of that defendant's motion which was for summary judgment dismissing the complaint insofar as asserted against it.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The appeal must be dismissed as it has been rendered academic by our determination of a related appeal (see Paransky v Galkina, _____ AD3d _____ [Appellate Division Docket No. 2023-08653; decided herewith]).
CONNOLLY, J.P., CHAMBERS, LANDICINO and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court